

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 29, 2013**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE:<br><br>GREGORY MARK FORSYTHE AND<br>SUSAN SMITH FORSYTHE,<br><br>Debtors. | Case No. 12-70103-hdh-13    47<br>(Chapter 13) |
| SECURED ADVANTAGE FEDERAL<br>CREDIT UNION,<br><br>    Movant,<br><br>VS.<br><br>GREGORY MARK FORSYTHE AND<br>SUSAN SMITH FORSYTHE,<br><br>    Respondents. | (A CONTESTED MATTER)<br>Hearing set for: JUNE 19, 2013, AT 10:00 A.M. |

**Agreed Order Granting Relief From Stay - Page 1 of 3 Pages**

## AGREED ORDER GRANTING RELIEF FROM STAY

On this day came on for consideration the Motion for Relief from Stay (the "Motion") filed by SECURED ADVANTAGE FEDERAL CREDIT UNION ("Movant") in the above matter. The Court, having been advised that the Debtors have agreed to the relief requested in the Motion and is of the opinion that the relief set forth in this Order should be granted. The Court, therefore, finds and concludes that the relief set forth in this Order should be granted and the following Order should be entered:

**IT IS ORDERED** that the automatic stay of 11 U.S.C. § 362(a) be, and the same is, hereby terminated as to the following real property:

> THE SOUTHWEST TEN FEET (SW/10') OF LOT 13 AND ALL OF LOT 14, BLOCK "G", COUNTRY HILLS ESTATES, SECTION "A", AN ADDITION TO THE CITY OF IOWA PARK, WICHITA COUNTY, TEXAS, ACCORDING TO THE PLAT OF RECORDED IN VOLUME 8, PAGES 3-4, WICHITA COUNTY PLAT RECORDS.

(collectively hereinafter referred to as the "Collateral") to permit Movant to take possession of the Collateral and exercise its rights in the Collateral as a secured creditor in accordance with the instruments or agreements creating its lien or security interest and applicable law.

**IT IS FURTHER ORDERED** that the provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure are hereby waived and Secured Advantage Federal Credit Union, its successors and assigns, may immediately enforce and implement the terms of this order granting relief from the automatic stay.

AGREED:

/s/ Gregory A. Ross
Gregory A. Ross,
Attorney for Movant

_____
Monte J. White,
Attorney for Debtors

*** END OF ORDER ***

X _Gregory␣␣␣␣␣␣␣␣_